PROB 12B  
(7/93)

Report Date: March 23, 2011

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 2 4 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Joe Luis Reyes                     Case Number: 2:08CR06023-001 -RHW

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 1/20/2009                 Type of Supervision:

Original Offense: Failure to Register as a Sex       Date Supervision Commenced: 4/28/2011
Offender, 18 U.S.C. § 2250

Original Sentence: Prison - 37 Months; TSR - 36      Date Supervision Expires: 4/27/2014
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

22   You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Joe Luis Reyes is scheduled to release from the Bureau of Prisons (BOP) on April 28, 2011. At this time he does not have an approved residence and is a level 2 sex offender. The defendant has a lengthy history of noncompliance with supervision, including an escape offense. Mr. Reyes would benefit from being placed at an RRC for up to 180 days in order to assist in his transition into the community. He has agreed to a modification of his condition of supervised release and has signed the modification order with his BOP case manager. The RRC placement will afford the defendant an opportunity to seek employment and housing, while commencing his term of supervised release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/23/2011

s/SanJuanita B. Coronado

San Juanita B. Coronado
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

3/24/11
_____
Date