FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 1 2 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE WASHINGTON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JOE LUIS REYES,

    Defendant.

No.  CR-08-6023-RHW

**ORDER DISMISSING INDICTMENT**

The Court is in receipt of the Ninth Circuit's mandate in this case. On March 20, 2012, the Circuit issued a memorandum opinion remanding the matter back to this Court with instructions to dismiss the Indictment. (ECF No. 62). Therefore, the Indictment is hereby **DISMISSED, with prejudice**, and the Defendant shall be released from custody immediately.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel, the U.S. Marshal Service, and the U.S. Bureau of Prisons.

**DATED** this 1ʒ day of April, 2012.

ROBERT H. WHALEY
United States District Judge

**ORDER DISMISSING INDICTMENT * 1**

dismiss.ord.wpd